---

Defendant's letter-motion requesting to adjourn the Initial Conference (ECF No. 19) is GRANTED, and the Initial Conference is ADJOURNED to Wednesday, May 25, 2022 at 10:00 am in Courtroom 18A, 500 Pearl Street, New York, New York.  The terms of the Order Scheduling Initial Case Management Conference (ECF No. 16) are incorporated by reference.

The Clerk of Court is respectfully directed to close ECF No. 19.

SO ORDERED 4/5/2022

*SARAH L. CAVE*
United States Magistrate Judge

---

April 4, 2022

**Via ECF**

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

    Re:    **Juan Ortega v. Starbright Floral Design, Inc.**
             **Case No. 21-CV-10283 (AJN)**
             **Adjournment of Initial Case Management Conference**

Dear Magistrate Judge Cave:

    This law firm represents defendant, Starbright Floral Design, Inc. ("Defendant") in the above-referenced case.  Defendant writes this letter, with Plaintiff's consent, to respectfully request, pursuant to your Honor's individual practices, that the Court adjourn the Initial Case Management Conference, which is currently scheduled for April 26, 2022 at 4:00 pm.

    The parties propose May 19th or 20th for the Initial Case Management Conference.  This is Defendant's first request to adjourn the Initial Case Management Conference.

    Thank you for considering this request.

                              Respectfully submitted,

                              FORCHELLI DEEGAN TERRANA LLP

                              By: _____
                                  Gregory S. Lisi, Esq.

cc:    William Downes, Esq. (via ECF)
        Jarrett Charo, Esq. (via ECF)